BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>               v.<br><br>MAYRA ALEJANDRA SORIA,<br>MATEO MANUEL SATIAGO,<br>ERIC ALBERTO HERRERA,<br>BRISA CELESTE CASTILLO, and<br>ELISEE TORRES-PACHECO,<br><br>                              Defendants. | CASE NO.  1:13-CR-00219-LJO-SKO<br><br>STIPULATION AND ORDER BETWEEN THE UNITED STATES AND DEFENDANT BRISA CELESTE CASTILLO |

**STIPULATION**

        WHEREAS, the discovery in this case is voluminous and contains a large amount of personal

information including but not limited to Social Security numbers, dates of birth, financial account

numbers, telephone numbers, and residential addresses ("Protected Information"); and

        WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court

proceedings in this matter;

        The parties agree that entry of a stipulated protective order is appropriate.

STIPULATION AND [PROPOSED]
ORDER

1

THEREFORE, defendant BRISA CELESTE CASTILLO, by and through her counsel of record Eric Kersten ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of her attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be

//

//

//

STIPULATION AND [PROPOSED] ORDER

2

1   bound by this Order or the Court modifies this Order regarding such transfer of discovery.

2         IT IS SO STIPULATED.

3   Dated:  September 13, 2013                    BENJAMIN B. WAGNER
                                                  United States Attorney
4

5                                                 /s/ Megan A. S. Richards
                                                  MEGAN A. S. RICHARDS
6                                                 Assistant United States Attorney

7   Dated: September 13, 2013                     /s/ Eric Kersten (authorized 9/12/2013)
                                                  Counsel for Defendant
8                                                 BRISA CELESTE CASTILLO

9

10

11

12                                      **ORDER**

13

14

15   IT IS SO ORDERED.

16

17      Dated:   **September 16, 2013**              **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]          3
ORDER