HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Brisa Celeste Castillo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-cr-00219 LJO-SKO-1 |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE WHILE LEAVING TRIAL DATE UNCHANGED, ORDER THEREON |
| vs. | |
| BRISA CELESTE CASTILLO, | Date:  February 18, 2014 |
| *Defendant.* | Time:  8:30 a.m. |
| | Judge:  Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MEGAN RICHARDS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Brisa Celeste Castillo, that the date for status conference in this matter may be continued to February 18, 2014, or the soonest date thereafter that is convenient to the court.  This request pertains to defendant Castillo only. **The date currently set for status conference is January 27, 2014.  The requested new date is February 18, 2014.  The June 17, 2014 trial date shall remain unchanged.**

The parties have reached a tentative agreement that will resolve the charges against Defendant Castillo.  However, Ms. Castillo is currently residing in a treatment facility in Southern California and time is needed to allow Castillo to review additional discovery prior to entering the agreement.  It is requested that the status conference be continued to allow this to occur.

Time has already been excluded through the June 17, 2014 trial date. However, out of an abundance of caution, the parties agree that any delay resulting from the continuance shall be excluded as necessary effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 23, 2014         By:   */s/ Megan Richards*
                                      MEGAN RICHARDS
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: January 23, 2014         By:   */s/ Eric V. Kersten*
                                      ERIC V. KERSTEN
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Brisa Celeste Castillo

# O R D E R

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **January 23, 2014**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE