HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Brisa Celeste Castillo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-cr-00219 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING,  ORDER THEREON |
| vs. | Date:   May 19, 2014 |
| BRISA CELESTE CASTILLO, | Time:   10:00 a.m. |
| Defendant. | Judge:  Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MEGAN A. RICHARDS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Brisa Castillo, that the date for sentencing in this matter may be continued to **May 19, 2014, at 10:00 a.m.**, or the soonest date thereafter that is convenient to the court.  Sentencing is currently scheduled for **May 5, 2014, at 10:00 a.m.**

The presentence interview for Ms. Castillo was scheduled for Friday, March 14, 2014, at 11:00 a.m.  Unfortunately, Ms. Castillo resides in Long Beach and had car problems while travelling to Fresno.  She did not arrive until 12:20, and the interview could not be completed because the probation officer had others commitments during the afternoon.  Castillo's presentence interview has been rescheduled but additional time is need to allow for completion of the PSR.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 21, 2014        By:    /s/ *Megan A. Richards*
                                    MEGAN A. RICHARDS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

                                    HEATHER E. WILLIAMS
                                    Federal Defender

DATED: March 21, 2014        By:    /s/ *Eric V. Kersten*
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Brisa Celeste Castillo

O R D E R

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

Dated:   **March 23, 2014**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Castillo: Stipulation to Continue Sentencing         2